# DEILY, MOONEY & GLASTETTER, LLP
Attorneys at Law

\* Jonathan D. Deily
\* Martin A. Mooney
\*† Mark D. Glastetter
\* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
\* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
∆ Admitted in Georgia
∂ Admitted in Connecticut

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

°\* Richard C. Maider
   Leigh A. Hoffman
°◊~ Linda S. Fossi
\*# Douglas J. Rose
°◊~ Brian E. Caine
   Scott T. Dillon
∆ Pilar A. Cano
∂ Alexander Powhida
   Tonia L. Summers

May 22, 2009

Hon. Adlai S. Hardin, Jr.
U.S. Bankruptcy Court
300 Quarropas Street, Courtroom 520
White Plains, New York 10601-5085

    Re: Christine Fagan and Patrick Fagan
          Case No. 08-22991-ASH
          Our File No. B-FORD.09.02805

Dear Judge Hardin:

    On behalf of our client Ford Motor Credit Company a Motion for Relief from the Automatic Stay was filed and is returnable May 28, 2009.

    This letter is to inform you that this matter has been settled by Conditional Order. Our office will forward the proposed Conditional Order to the Court under separate cover upon its completion.

    I thank the Court for its kind attention in this matter. Should the Court have any questions or require anything further, please do not hesitate to contact our office.

                    Respectfully yours,

                    DEILY, MOONEY & GLASTETTER, LLP

                    /s/ Martin A. Mooney
                    Martin A. Mooney

MAM/nab

cc: Joshua N. Bleichman, Esq.
     Jeffrey L. Sapir, Esq. (Trustee)