UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

                                  CASE NO.: 08-22991 ash
Patrick Fagan & Christine Fagan,           CHAPTER 13


              Debtor(s).              Judge: Robert D. Drain
------------------------------------------------------X

## OBJECTION TO LOSS MITIGATION REQUEST

**TO:   THE HONORABLE ROBERT D. DRAIN
        UNITED STATES BANKRUPTCY JUDGE:**

      Barbara Dunleavy, Esq., an attorney duly admitted to practice law before this Court, hereby affirms the following under penalty of perjury:

      1.     I am an attorney regularly associated with the law firm of Rosicki, Rosicki & Associates, P.C., attorneys for the secured creditor, Wells Fargo Bank, N.A. As Trustee Under Pooling And Servicing Agreement Dated as of August 1, 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Wells Fargo") and make this affirmation in objection to the request for Loss Mitigation filed by the Debtor on September 30, 2009.

      2.     Claimant is a secured creditor of the Debtors pursuant to a Note and Mortgage Agreement executed by the Debtors, securing the property located at 105 West Clarkstown Road., New City, New York 10956 (the "Premises").

      3.     An adversary case was commenced by the Debtors alleging that, among other things, Wells Fargo violated RESPA and FDCPA (Adv Pro: 09-8292).

      4.     Based on the forgoing, the Debtor should not be eligible for the loss mitigation program while the adversary proceeding against Wells Fargo is pending. Therefore, Wells Fargo respectfully requests that Debtor's Loss Mitigation Request, be denied in all respects.

5.  In the event this Court does grant Debtors' request, then it is respectfully requested that the adversary be put on hold until the loss mitigation is concluded.

**WHEREFORE**, Wells Fargo requests that Debtors' request be denied in its entirety, together with such other relief as this Court deems just and proper.

Dated: October 9, 2009
Plainview, New York

ROSICKI, ROSICKI & ASSOCIATES, P.C.
Attorneys for BONY

By:_____
Barbara Dunleavy, Esq.
51 E. Bethpage Road
Plainview, New York 11803
516-741-2585

To:

Patrick Fagan
Debtor
105 West Clarkstown Road
New City, New York 10956

Christine Fagan
Debtor
105 West Clarkstown Road
New City, New York 10956

Joshua N. Bleichman, Esq.
Attorney for Debtor
268 Route 59
Spring Valley, NY 10977

Jeffrey L. Sapir, Esq.
Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603

U.S. Trustee
74 Chapel Street
Albany, NY 12207

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                        CASE NO.: 09-35976
Bonie Bonilla,                          CHAPTER 7


                        Debtor.
-------------------------------------------------------X
## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )


      Catherine Jones, being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

      On *October 9* , 2009, I served the within Objection to Loss Mitigation on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Patrick Fagan
105 West Clarkstown Road
New City, New York 10956

Christine Fagan
105 West Clarkstown Road
New City, New York 10956

Joshua N. Bleichman, Esq.
268 Route 59
Spring Valley, NY 10977

Jeffrey L. Sapir, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603

U.S. Trustee
74 Chapel Street
Albany, NY 12207


                                          Catherine Jones

Sworn to before me on this
*9th* day of *October* 2009
NOTARY PUBLIC

Rose Saromago
Notary Public State of New York
No. 01SA6162050
Qualified in Suffolk County
Commission expires March 19, 20__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

CASE NO.: 08-22991

Patrick Fagan and Christine Fagan,                    CHAPTER 7


                    Debtors.
------------------------------------------------------X

---

## OBJECTION TO LOSS MITIGATION

---

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Attorneys for BONY National Association, As Trustee
51 E. Bethpage Road
Plainview, New York 11803
516-741-2585

# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
## Main Office: 51 E. Bethpage Road
## Plainview, New York 11803
### Telephone 516-741-2585 Ext. 288
### Facsimile 516-873-7243
### *Bdunleavy@rosicki.com*

October 9, 2009

United States Bankruptcy Court
Southern District of New York
300 Quarrapos Street
White Plains, New York 10601

Re:    Patrick Fagan & Christine Fagan
        Case No. 08-22991 ash

Dear Sir/Madam:

Enclosed please find one copy of the Objection to Loss Mitigation. Kindly submit same to the Court for its review and consideration.

Should you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

ROSICKI, ROSICKI & ASSOCIATES, P.C.

By:    _____
        Barbara Dunleavy, Esq.

Encs.